U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 6 2017

TONY R. MOORE, CLERK
BY: _____ MS
          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

TERRY BURTON                      *    CIVIL ACTION NO. 2:16 -CV-01731
D.O.C. #105405                    *         SECTION P
                                  *
                                  *
v.                                *
                                  *    JUDGE
KEITH COOLEY, ET AL.              *
                                  *
                                  *    MAGISTRATE JUDGE KAY
                                  *

************************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 7) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that Burton's civil rights claims against Warden Keith Cooley, GEO Group, and Allen Correctional Center are **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(E)(2)(b)(i) and (ii). His remaining civil rights claims against defendant Matthew Deleon will proceed as ordered by the Magistrate Judge. (Rec. Doc. 8).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 16 day of August, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE